**MARK W. COLEMAN  #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
            HERNAN CORTEZ VILLASENOR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HERNAN CORTEZ VILLASENOR, et al.,<br><br>Defendants. | Case No.: 1:12-CR-000184-AWI-DLB<br><br>**STIPULATION TO**<br>**CONTINUE STATUS CONFERENCE**<br>**AND**<br>**O R D E R** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference calendared for November 26, 2012, be continued to January 14, 2013 at 1:00 p.m.

The reason for this request is that counsel for Defendant, Hernan Cortez Villasenor is unavailable due to the fact that he is scheduled to begin a trial in San Luis Obispo on November 26, 2012.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

///
///
///
///
///

1       It is respectfully submitted that neither the court, nor any party to this proceeding, should be

2  unduly prejudiced by the continuance of the Status Conference for the above-stated purposes.

3  Dated: November 21, 2012.            Respectfully Submitted,

4                               NUTTALL & COLEMAN

5                               /s/ MARK W. COLEMAN

6                               _____
                                 MARK W. COLEMAN
7                               Attorney for Defendant,
                               HERNÁN CORTEZ-VILLASENOR

8  Dated: November 21, 2012.

9                               /s/ MARK BROUGHTON
                               _____
10                              MARK BROUGHTON
                              Attorney for Defendant,
11                              ALFONSO CORNEJO
   Dated: November 21, 2012.
12                               /s/ DALE BLICKENSTAFF

13                              _____
                               DALE BLICKENSTAFF
                              Attorney for Defendant,
14                              DAVID ARREOLA

15  Dated: November 21, 2012.

16                               /S/ DAVID TORRES
                               _____
17                              DAVID A TORRES
                              Attorney for Defendant,
18                              JOSE LUIS GARCIA VILLA
   Dated: November 21, 2012.
19
                               /s/ KAREN ESCOBAR
20

21                               _____
                               KAREN ESCOBAR
22                              Assistant U.S. Attorney

                     * * * * * * * * * *
23
# **ORDER**
24

25     IT IS SO ORDERED.

26  **Dated:**   **November 26, 2012**        _____ **/s/ Dennis L. Beck**_____
                                UNITED STATES MAGISTRATE JUDGE
27

28

                                 2