McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOMERO PACHECO RIVERA,<br><br>Defendant. | CASE NO. 1:12-CR-00184-DAD-BAM<br><br>GOVERNMENT'S MOTION TO DISMISS, RECALL WARRANT AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The U.S. Forest Service advised the government today that the evidence in the above-captioned matter was inadvertently destroyed. It is therefore requested that the above-captioned matter as to this defendant, who is a fugitive, be dismissed without prejudice in the interest of justice. Although the docket report does not show that an arrest warrant issued, the case agent received one and entered it into NCIC. It is therefore further requested that the Court recall the warrant.

Dated: October 17, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

At the request of the government, this action is dismissed and any arrest warrant issued for the defendant is recalled.

IT IS SO ORDERED.

Dated: **October 17, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE